# NO. 12-14-00089-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE* | § | *APPEAL FROM THE 354TH* |
| *OF GRACE KIMBERLEE ADAMS* | § | *JUDICIAL DISTRICT COURT* |
| *AND BOBBY REID ADAMS* | § | *RAINS COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In her motion, Appellant states that she no longer wishes to appeal the decision of the lower court or overturn it. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is *granted*, and the appeal is *dismissed*.

Opinion delivered July 31, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2014**

**NO. 12-14-00089-CV**

**IN THE MATTER OF THE MARRIAGE OF
GRACE KIMBERLEE ADAMS AND BOBBY REID ADAMS**

Appeal from the 354th District Court

of Rains County, Texas (Tr.Ct.No. 9555)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that this appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*